# United States Court of Appeals
## For the First Circuit

_____

No. 12-1917

EASTHAMPTON SAVINGS BANK; CHICOPEE SAVINGS BANK;
HAMPDEN BANK; UNITED BANK; MONSON SAVINGS BANK;
COUNTRY BANK FOR SAVINGS

Plaintiffs - Appellants

v.

CITY OF SPRINGFIELD

Defendant – Appellee

_____

Before

Lynch, <u>Chief Judge</u>,
Stahl and Howard, <u>Circuit Judges</u>.

_____

**ORDER OF COURT**

Entered: December 24, 2014

The parties are directed to confer and then file memoranda, not to exceed 15 pages each, addressing the effect on this appeal of the Massachusetts Supreme Judicial Court's opinion responding to the questions certified by this court pursuant to the order entered November 22, 2013. The parties' memoranda are due on or before January 7, 2015.

By the Court:

<u>/s/ Margaret Carter, Clerk</u>

cc:
Tani Sapirstein, Thomas David Moore, Edward Pikula, Anthony Wilson, Lisa deSousa, Thomas Hefferon, Brenda Sharton, William Sheehan, Lee Goldstein