# United States Court of Appeals
## For the First Circuit

———————————————

No. 12-1917

EASTHAMPTON SAVINGS BANK; CHICOPEE SAVINGS BANK; HAMPDEN BANK;
UNITED BANK; MONSON SAVINGS BANK; COUNTRY BANK FOR SAVINGS

Plaintiffs - Appellants

v.

CITY OF SPRINGFIELD

Defendant – Appellee

———————————————

Before:
Lynch, Chief Judge,
Stahl and Howard, Circuit Judges.

———————————————

**JUDGMENT**

Entered: January 12, 2015

We have received answers from the Massachusetts Supreme Judicial Court to our certified questions.  See Easthampton Sav. Bank v. City of Springfield, -- N.E.3d --, 470 Mass. 284 (2014). In light of those answers, it is clear that there is no viable federal claim in this case.  Accordingly, the judgment of the district court is reversed, and the case is remanded for entry of a judgment of dismissal with prejudice. No costs are awarded.

By the Court:

/s/ Margaret Carter, Clerk

cc:     Honorable Michael A. Ponsor
        Robert M. Farrell, Clerk of Court
        Tani E. Sapirstein
        Edward M. Pikula
        Lisa Caryl deSousa
        Thomas David Moore
        Anthony Ivan Wilson

Thomas M. Hefferon
William F. Sheehan
Brenda R. Sharton
Lee D. Goldstein